IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. McKNEELY,<br><br>        Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | No. C 09-05438 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On that same date the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: December 18, 2009

                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge

P:\PRO-SE\SBA\CR.09\McNeely5438.DisIFP.wpd

**United States District Court**
For the Northern District of California

1

2  UNITED STATES DISTRICT COURT

3  FOR THE

4  NORTHERN DISTRICT OF CALIFORNIA

5

6

7  ROBERT L. MCKNEELY,                               Case Number: CV09-05438 SBA

8           Plaintiff,                               **CERTIFICATE OF SERVICE**

9    v.

10  / et al,

11           Defendant.
                                              /

12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14

15  That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

16

17

18

19  Robert Lee McKneely AB3838
    California State Prison-San Quentin
    San Quentin, CA 94974

20

    Dated: December 21, 2009

21                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.09\McNeely5438.DisIFP.wpd              2